UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SUSANA HUERTA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 14 C 2310 |
| | ) | |
| SILVER CROSS HOSPITAL AND MEDICAL | ) | (Formerly case No. 2013 L 693, Circuit Court |
| CENTER d/b/a SILVER CROSS HOSPITAL, | ) | of Will County, Illinois) |
| NADINE LAMOND, M.D., LINDSEY REYNA, | ) | |
| R.N., and CHERYL JAROSZ, R.N., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF REMOVAL OF A CIVIL ACTION AND
SUBSTITUTION OF THE UNITED STATES AS DEFENDANT**

To:

Pamela McGuire, Circuit Court Clerk
Will County Court House
The Office of the Circuit Clerk
14 West Jefferson Street
Joliet, Illinois 60432

David Schwartz
Kralovec Jambois & Schwartz
60 West Randolph Street, #400
Chicago, Illinois 60601-3373

James Bream
Lowis & Gellen, LLP
200 West Adams Street, Suite 1900
Chicago, Illinois 60606-5229

The United States, by its attorney, Zachary T. Fardon, United States Attorney for the Northern District of Illinois, submits this notice of removal of the above-captioned civil action from the Circuit Court of Will County, Illinois, to the United States District Court, Northern District of Illinois, pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 2679, and 42 U.S.C. § 233, and in support thereof states the following:

1. Plaintiff Susan Huerta commenced the above civil action on August 27, 2013, against Nadine Lamond, M.D., and others, alleging medical malpractice. A copy of the state court complaint is attached as Exhibit A. For purposes of this lawsuit, Will County Health

Department/Will County Community Health Center is a private entity that receives grant money from the Public Health Service pursuant to 42 U.S.C. § 233. *See* Exhibit B. In addition, Nadine Lamond, M.D., was acting within the scope of her employment at the Will County Health Department/Will County Community Health Center with respect to the incidents referred to in the complaint. *Id.*

2. This notice of removal is filed in accordance with 28 U.S.C. § 2679(d)(2) and 42 U.S.C. § 233 upon certification by the designee of the Attorney General of the United States that defendant Nadine Lemond, M.D., was acting within the scope of her employment at the Will County Health Department/Will County Community Health Center with respect to the incidents referred to in the complaint. Exhibit B.

3. This notice of removal may be filed without bond at any time before trial. 28 U.S.C. § 2679(d)(2). Trial has not yet been had in this action.

4. Pursuant to the certification by the Attorney General's designee and the filing of this notice of removal, under 28 U.S.C. § 2679, this civil action is deemed an action against the United States and the United States is substituted as the sole federal party defendant in place of defendant Nadine Lamond, M.D.

WHEREFORE, this action now pending in the Circuit Court of Cook County, Illinois, is properly removed to this court pursuant to 28 U.S.C. § 2679(d) and 42 U.S.C. § 233, and the United States is substituted as the defendant in lieu of Nadine Lamond, M.D.

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By: s/ Jeffrey M. Hansen
    JEFFREY M. HANSEN
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-1325
    jeffrey.hansen@usdoj.gov