# EXHIBIT A

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

| | |
|---|---|
| SUSANA HUERTA, | ) |
| | ) Case No. 2013 L 0693 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SILVER CROSS HOSPITAL AND | ) **SHERIFF PLEASE SERVE:** |
| MEDICAL CENTERS d/b/a SILVER CROSS | ) |
| HOSPITAL, NADINE LAMOND, M.D., | ) Nadine Lamond, MD |
| LINDSEY REYNA, R.N., and | ) 22417 N. Prairie Lane |
| CHERYL JAROSZ, R.N. | ) Kildeer, IL 60047 |
| | ) |
| Defendants. | ) |

## SUMMONS

To each defendant:

You are summoned and required to file an answer in this case, or otherwise file your appearance in the Office of the Clerk of this Court at 14 West Jefferson Street, Joliet, Illinois, within 30 days after service of this summons, not counting the day of service. **IF YOU FAIL TO DO SO, A JUDGEMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, summons shall be returned so endorsed.

This summons may not be served later than 30 days after its date. AUG 2 9 2013

(Seal of Court)

WITNESS: _____, 20___
PAMELA J. McGUIRE

PAMELA J. McGUIRE
Clerk of the Circuit Court
BY: _____
(Deputy)

(Plaintiff's Attorney or Plaintiff if he is not represented by an Attorney)
NAME:          David E. Schwartz
ARDC#:         6185996
Attorney for:  Plaintiff
Address:       60 W. Randolph, 4th Floor
City:          Chicago, Illinois 60601
Telephone:     312-782-2525

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

SUSANA HUERTA, )
 )
Plaintiff, )
 )
v. ) Case No. 13 L 0693
 )
SILVER CROSS HOSPITAL AND )
MEDICAL CENTERS d/b/a SILVER CROSS )
HOSPITAL, NADINE LAMOND, M.D., )
LINDSEY REYNA, R.N., and )
CHERYL JAROSZ, R.N. )
 )
Defendants. )

## COMPLAINT AT LAW

### COUNT I – SILVER CROSS HOSPITAL AND MEDICAL CENTERS d/b/a SILVER CROSS HOSPITAL

NOW COMES the Plaintiff, SUSANA HUERTA, by and through her attorneys, KRALOVEC, JAMBOIS & SCHWARTZ, and complaining of the Defendant, SILVER CROSS HOSPITAL AND MEDICAL CENTERS d/b/a SILVER CROSS HOSPITAL (hereinafter, "SILVER CROSS"), states the following:

1. That on and subsequent to August 31, 2011, and at all times relevant hereto, the Defendant, NADINE LAMOND, M.D., was a physician duly licensed by the State of Illinois to practice medicine, in her particular specialty of medicine, obstetrics and gynecology, at business offices and healthcare institutions in and throughout Illinois.

2. That on and subsequent to August 31, 2011, and at all times relevant hereto, the Defendant, SILVER CROSS, owned, operated and maintained healthcare facilities offering treatment to the public and to the Plaintiff, SUSANA HUERTA, by and through its actual or apparent agents, servants and/or employees, including but not limited to, NADINE LAMOND,

1



Initial case management set for
12-6-13 at 9 am/pm
Will County Court Annex

M.D., **LINDSEY REYNA, R.N.**, and **CHERYL JAROSZ, R.N.**, at its facilities located in the City of Joliet, County of Will and State of Illinois.

3. That on, prior and subsequent to August 31, 2011, the defendant, **SILVER CROSS**, employed and held out the Defendants, **NADINE LAMOND, M.D., LINDSEY REYNA, R.N.**, and **CHERYL JAROSZ, R.N.**, as its agents, servants and/or employees, whether actual or apparent.

4. That on and subsequent to August 31, 2011, and at all times relevant hereto, the Defendant, **SILVER CROSS**, by and through its actual or apparent agents, servants and/or employees, including but not limited to, **NADINE LAMOND, M.D., LINDSEY REYNA, R.N.**, and **CHERYL JAROSZ, R.N.**, undertook to provide medical care and treatment to the public and to **SUSANA HUERTA**.

5. That at all times relevant hereto, it was the duty of the Defendant, **SILVER CROSS**, by and through its actual or apparent agents, servants and/or employees, including but not limited to, **NADINE LAMOND, M.D., LINDSEY REYNA, R.N.**, and **CHERYL JAROSZ, R.N.**, to possess and apply the skill and knowledge of a reasonably well-qualified healthcare staff and to treat the Plaintiff, **SUSANA HUERTA**, in a manner which equaled or exceeded the applicable standard of care.

6. That disregarding its duty, the Defendant, **SILVER CROSS**, by and through its actual or apparent agents, servants and/or employees, including but not limited to, **NADINE LAMOND, M.D., LINDSEY REYNA, R.N.**, and **CHERYL JAROSZ, R.N.**, was then and there guilty of one or more of the following careless and negligent acts and/or omissions:

(a) Failed to properly place a foley catheter;

(b) Lacerated the plaintiff's bladder during the placement of a foley catheter;

(c) Failed to adequately drain the plaintiff's bladder prior to the performance of a cesarian section;

(d) Failed to adequately perform a cesarian section;

(e) Failed to protect the plaintiff's bladder from injury during a cesarian section; and

(f) Lacerated the plaintiff's bladder during the performance of a cesarian section.

7. That as a direct and proximate result of one or more of the foregoing careless and negligent acts or omissions on the part of the Defendant, **SILVER CROSS**, by and through its actual or apparent agents, servants and/or employees, including but not limited to, **NADINE LAMOND, M.D., LINDSEY REYNA, R.N.**, and **CHERYL JAROSZ, R.N.**, the Plaintiff, **SUSANA HUERTA**, suffered severe and permanent injuries; expended and will in the future expend great sums of money in an attempt to be cured; suffered and will continue to suffer from disability and disfigurement; and experienced and will continue to experience great pain and physical suffering, all of which injuries are permanent in nature.

**WHEREFORE**, the Plaintiff, **SUSANA HUERTA**, prays for judgment against the Defendant, **SILVER CROSS**, for such an amount in excess of this Court's jurisdictional requirements as will fairly and adequately compensate the Plaintiff for the injuries, loss and damages as hereinabove alleged.

## COUNT II – NADINE LAMOND, M.D.

**NOW COMES** the Plaintiff, **SUSANA HUERTA**, by and through her attorneys, **KRALOVEC, JAMBOIS & SCHWARTZ**, and complaining of the Defendant, **NADINE LAMOND, M.D.**, states the following:

1. That on and prior to August 31, 2011, and at all times relevant hereto, the Defendant, **NADINE LAMOND, M.D.**, was a physician duly licensed by the State of Illinois to

3

practice medicine, in his particular specialty of medicine, surgery, at business offices and healthcare institutions in and throughout Illinois.

2. That on and prior to August 31, 2011, and at all times relevant hereto, the Defendant, **NADINE LAMOND, M.D.**, offered physician services to the public and to the Plaintiff, **SUSANA HUERTA**.

3. That on and prior to August 31, 2011, the defendant, **NADINE LAMOND, M.D.**, accepted the Plaintiff, **SUSANA HUERTA**, as her patient and undertook to diagnose and treat the condition from which she suffered.

4. That on or about August 31, 2011, and at all times relevant hereto, the Defendant, **NADINE LAMOND, M.D.**, performed a cesarian section in an attempt to deliver the child with which the Plaintiff, **SUSANA HUERTA**, was pregnant.

5. That at all times relevant hereto, it was the duty of the Defendant, **NADINE LAMOND, M.D.**, to possess and apply the skill and knowledge of a reasonably well-qualified physician to provide treatment in a manner which equaled or exceeded the applicable standard of care to the Plaintiff, **SUSANA HUERTA**,

6. That disregarding this duty, the Defendant, **NADINE LAMOND, M.D.**, was then and there guilty of one or more of the following careless and negligent acts and/or omissions:

(a) Failed to adequately drain the plaintiff's bladder prior to the performance of a cesarian section;

(b) Failed to adequately perform a cesarian section;

(c) Failed to protect the plaintiff's bladder from injury during a cesarian section; and

(d) Lacerated the plaintiff's bladder during the performance of a cesarian section.

4

7. That as a direct and proximate result of one or more of the foregoing careless and negligent acts or omissions on the part of the Defendant, **NADINE LAMOND, M.D.**, the Plaintiff, **SUSANA HUERTA**, suffered severe and permanent injuries; expended and will in the future expend great sums of money in an attempt to be cured; suffered and will continue to suffer from disability and disfigurement; and experienced and will continue to experience great pain and physical suffering, all of which injuries are permanent in nature.

**WHEREFORE**, the Plaintiff, **SUSANA HUERTA**, prays for judgment against the Defendant, **NADINE LAMOND, M.D.**, for such an amount in excess of this Court's jurisdictional requirements as will fairly and adequately compensate the Plaintiff for the injuries, loss and damages as hereinabove alleged.

## COUNT III – LINDSEY REYNA, R.N.

### (Negligence)

**NOW COMES** the Plaintiff, **SUSANA HUERTA**, by and through her attorneys, **KRALOVEC, JAMBOIS & SCHWARTZ**, and complaining of the Defendant, **LINDSEY REYNA, R.N.**, states as follows:

1. That on and subsequent to August 31, 2011, and at all times relevant hereto, the Defendant, **LINDSEY REYNA, R.N.**, was a registered nurse, in the State of Illinois, who practiced her profession at various healthcare facilities and institutions throughout the County of Will and State of Illinois, and offered nursing care and professional services related thereto to the public and to the Plaintiff, **SUSANA HUERTA**.

2. That on and subsequent to August 31, 2011, and at all times relevant hereto, the Defendant, **LINDSEY REYNA, R.N.**, was an agent and/or employee, whether actual or

5

apparent, of Defendant(s), **SILVER CROSS**, and at all times relevant hereto, acted within the scope of that agency and/or employment.

3.  That on and subsequent to August 31, 2011, and at all times relevant hereto, the Defendant, **LINDSEY REYNA, R.N.**, accepted the Plaintiff, **SUSANA HUERTA**, as a patient and undertook to provide nursing care and professional services to the Plaintiff, **SUSANA HUERTA**.

4.  That the Plaintiff, **SUSANA HUERTA**, was admitted to **SILVER CROSS**, on August 31, 2011, for labor and delivery of her child.

5.  That the Defendant, **LINDSEY REYNA, R.N.**, was a registered nurse at **SILVER CROSS**, and assisted in the care and treatment of the Plaintiff, **SUSANA HUERTA**.

6.  That at all times relevant hereto, there existed a duty on the part of the Defendant, **LINDSEY REYNA, R.N.**, to possess and apply the skill and knowledge of a reasonably well-qualified registered nurse, to provide treatment to the Plaintiff, **SUSANA HUERTA**, in a manner which equaled or exceeded the applicable standard of care.

7.  That in disregarding her duty, the Defendant, **LINDSEY REYNA, R.N.**, was then and there guilty of one or more of the following careless and negligent acts and/or omissions:

    (a) Failed to properly place a foley catheter;

    (b) Lacerated the plaintiff's bladder during the placement of a foley catheter;

    (c) Failed to adequately drain the plaintiff's bladder prior to the performance of a cesarian section;

8.  That as a direct and proximate result of one or more of the foregoing careless and negligent acts and/or omissions on the part of the Defendant, **LINDSEY REYNA, R.N.**, the

6

Plaintiff, SUSANA HUERTA, suffered severe and permanent injuries; expended and will in the future expend great sums of money in an attempt to be cured; suffered and will continue to suffer from disability and disfigurement; and experienced and will continue to experience great pain and physical suffering, all of which injuries are permanent in nature.

WHEREFORE, the Plaintiff, SUSANA HUERTA, prays for judgment against the Defendant, LINDSEY REYNA, R.N., in such amount in excess of this Court's jurisdictional requisite as will fairly and adequately compensate the Plaintiff for the injuries, losses, and damages as herein above alleged.

## COUNT IV – CHERYL JAROSZ, R.N.

(Negligence)

NOW COMES the Plaintiff, SUSANA HUERTA, by and through her attorneys, KRALOVEC, JAMBOIS & SCHWARTZ, and complaining of the Defendant, CHERYL JAROSZ, R.N., states as follows:

1. That on and subsequent to August 31, 2011, and at all times relevant hereto, the Defendant, CHERYL JAROSZ, R.N., was a registered nurse, in the State of Illinois, who practiced her profession at various healthcare facilities and institutions throughout the County of Will and State of Illinois, and offered nursing care and professional services related thereto to the public and to the Plaintiff, SUSANA HUERTA.

2. That on and subsequent to August 31, 2011, and at all times relevant hereto, the Defendant, CHERYL JAROSZ, R.N., was an agent and/or employee, whether actual or apparent, of Defendant(s), SILVER CROSS, and at all times relevant hereto, acted within the scope of that agency and/or employment.

3. That on and subsequent to August 31, 2011, and at all times relevant hereto, the Defendant, CHERYL JAROSZ, R.N., accepted the Plaintiff, SUSANA HUERTA, as a patient and undertook to provide nursing care and professional services to the Plaintiff, SUSANA HUERTA.

4. That the Plaintiff, SUSANA HUERTA, was admitted to SILVER CROSS, on August 31, 2011, for labor and delivery of her child.

5. That the Defendant, CHERYL JAROSZ, R.N., was a registered nurse at SILVER CROSS, and assisted in the care and treatment of the Plaintiff, SUSANA HUERTA.

6. That at all times relevant hereto, there existed a duty on the part of the Defendant, CHERYL JAROSZ, R.N., to possess and apply the skill and knowledge of a reasonably well-qualified registered nurse, to provide treatment to the Plaintiff, SUSANA HUERTA, in a manner which equaled or exceeded the applicable standard of care.

7. That in disregarding her duty, the Defendant, CHERYL JAROSZ, R.N., was then and there guilty of one or more of the following careless and negligent acts and/or omissions:

   (a) Failed to properly place a foley catheter;

   (b) Lacerated the plaintiff's bladder during the placement of a foley catheter;

   (c) Failed to adequately drain the plaintiff's bladder prior to the performance of a cesarian section;

8. That as a direct and proximate result of one or more of the foregoing careless and negligent acts and/or omissions on the part of the Defendant, CHERYL JAROSZ, R.N., the Plaintiff, SUSANA HUERTA, suffered severe and permanent injuries; expended and will in the future expend great sums of money in an attempt to be cured; suffered and will continue to suffer

from disability and disfigurement; and experienced and will continue to experience great pain and physical suffering, all of which injuries are permanent in nature.

**WHEREFORE**, the Plaintiff, **SUSANA HUERTA**, prays for judgment against the Defendant, **CHERYL JAROSZ, R.N.**, in such amount in excess of this Court's jurisdictional requisite as will fairly and adequately compensate the Plaintiff for the injuries, losses, and damages as herein above alleged.

Respectfully Submitted,

David E. Schwartz

**KRALOVEC, JAMBOIS & SCHWARTZ**
60 W. Randolph St., 4th Floor
Chicago, IL 60601
(312) 782-2525
ARDC#: 6185996

## IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
## WILL COUNTY, ILLINOIS

| | |
|---|---|
| SUSANA HUERTA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. |
| | ) |
| SILVER CROSS HOSPITAL AND | ) |
| MEDICAL CENTERS d/b/a SILVER CROSS | ) |
| HOSPITAL, NADINE LAMOND, M.D., | ) |
| LINDSEY REYNA, R.N., and | ) |
| CHERYL JAROSZ, R.N. | ) |
| | ) |
| Defendants. | ) |

FILED 13 AUG 27 AM 9:13

### JURY DEMAND

The undersigned demands a trial by jury.

BY: _____
David E. Schwartz
*Attorney for the Plaintiff*


**KRALOVEC, JAMBOIS & SCHWARTZ**
60 W. Randolph Street, 4th Floor
Chicago, Illinois 60601
(312) 782-2525
ARDC: 6185996

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

| | |
|---|---|
| SUSANA HUERTA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. ) |
| SILVER CROSS HOSPITAL AND MEDICAL CENTERS d/b/a SILVER CROSS HOSPITAL, NADINE LAMOND, M.D., LINDSEY REYNA, R.N., and CHERYL JAROSZ, R.N. | ) ) ) ) ) ) |
| Defendants. | ) |

## AFFIDAVIT OF DAMAGES
## SUPREME COURT RULE 222

The undersigned being first duly sworn upon oath, deposes and states that he is the attorney representing the Plaintiff in the above entitled cause of action seeking money damages or collection of taxes and states that this cause of action does exceed $50,000.00.

_____
David E. Schwartz
*Attorney for the Plaintiff*

SUBSCRIBED AND SWORN to before me on this 26th day of August, 2013.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
NIDIA CARDENAS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-05-2014

**KRALOVEC, JAMBOIS & SCHWARTZ**
60 W. Randolph Street, 4th Floor
Chicago, IL 60601
(312) 782-2525
ARDC: 6185996

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

SUSANA HUERTA, )
)
    Plaintiff, )
)
v. ) Case No.
)
SILVER CROSS HOSPITAL AND )
MEDICAL CENTERS, )
NADINE LAMOND, M.D., ) 13 L 6695
LINDSEY REYNA, R.N., and )
CHERYL JAROSZ, R.N. )
)
    Defendants. )

## REPORT OF REVIEWING HEALTHCARE PROFESSIONAL PURSUANT TO ILCS SECTION 2-622

1. The undersigned is a medical doctor licensed to practice medicine in all of its branches and has practiced medicine within the last five (5) years in the same area of medicine at issue in this case.

2. The undersigned has reviewed the medical records from SILVER CROSS HOSPITAL AND MEDICAL CENTERS, NADINE LAMOND, M.D., LINDSEY REYNA, R.N., and CHERYL JAROSZ, R.N. relative to the care and treatment rendered to SUSANA HUERTA.

3. The undersigned is knowledgeable and experienced in the issues of this case.

4. The undersigned is of the opinion that the Defendant, NADINE LAMOND, M.D., breached the standard of care for similarly situated doctors when she failed to adequately drain the plaintiff's bladder prior to the performance of a cesarian section; failed to adequately perform a cesarian section; failed to protect the plaintiff's bladder from injury during a cesarian section; and lacerated the plaintiff's bladder during the performance of a cesarian section.

5. The undersigned is of the opinion that the Defendant, SILVER CROSS HOSPITAL AND MEDICAL CENTERS, by and through its servants, employees, and/or agents whether actual or apparent, including, but not limited to NADINE LAMOND, M.D., LINDSEY REYNA, R.N., and CHERYL JAROSZ, R.N., breached the standard of care for similarly situated healthcare providers when they failed to properly place a foley catheter; lacerated the plaintiff's bladder during the placement of a foley catheter; failed to adequately drain the plaintiff's bladder prior to the performance of a cesarian section; failed to adequately perform a cesarian section; failed to protect the plaintiff's bladder from injury during a cesarian section; and lacerated the plaintiff's bladder during the performance of a cesarian section.

6. The undersigned is of the opinion that the Defendant, LINDSEY REYNA, R.N., breached the standard of care for similarly situated nurses when she failed to properly place a foley catheter; lacerated the plaintiff's bladder during the placement of a foley catheter; and failed to adequately drain the plaintiff's bladder prior to the performance of a cesarian section;

7. The undersigned is of the opinion that the Defendant, CHERYL JAROSZ, R.N., breached the standard of care for similarly situated nurses when she failed to properly place a foley catheter; lacerated the plaintiff's bladder during the placement of a foley catheter; and failed to adequately drain the plaintiff's bladder prior to the performance of a cesarian section.

8. The undersigned is of the opinion that the above-referenced deviations, alone and in concert, were a proximate cause of SUSANA HUERTA's injuries.

9. Accordingly, the undersigned is of the opinion that there is a reasonable and meritorious cause for filing the above-captioned lawsuit against SILVER CROSS HOSPITAL AND MEDICAL CENTERS, NADINE LAMOND, M.D., LINDSEY REYNA, R.N., and CHERYL JAROSZ, R.N.

**KRALOVEC, JAMBOIS & SCHWARTZ**
60 West Randolph Street, 4th Floor
Chicago, Illinois 60601
(312) 782-2525

3

## IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
## WILL COUNTY, ILLINOIS

| | |
|---|---|
| SUSANA HUERTA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. |
| SILVER CROSS HOSPITAL AND MEDICAL CENTERS d/b/a SILVER CROSS HOSPITAL, NADINE LAMOND, M.D., LINDSEY REYNA, R.N., and CHERYL JAROSZ, R.N. | ) 13 L ____ ) ) ) ) ) |
| Defendants. | ) |

### ATTORNEY AFFIDAVIT

I, David E. Schwartz, an attorney licensed to practice law by the State of Illinois, under the penalties of perjury, do hereby state:

1. That I have reviewed the medical records of SUSANA HUERTA's care and treatment rendered by SILVER CROSS HOSPITAL AND MEDICAL CENTERS, NADINE LAMOND, M.D., LINDSEY REYNA, R.N., and CHERYL JAROSZ, R.N.

2. That I have had the abovementioned records reviewed by and have sought and received the consultation of a physician licensed to practice medicine and familiar with the practice of general medicine.

3. That I reasonably believe the consulting physician to be very knowledgeable in the care and treatment required by and rendered to SUSANA HUERTA.

4. That the consulting physician has reviewed the aforementioned medical records and has drawn the conclusion therefrom that SILVER CROSS HOSPITAL

1

AND MEDICAL CENTERS, NADINE LAMOND, M.D., LINDSEY REYNA, R.N., and CHERYL JAROSZ, R.N. rendered negligent treatment to SUSANA HUERTA.

5. That the consulting physician has advised me that there is a reasonable and meritorious cause for filing a claim for malpractice against SILVER CROSS HOSPITAL AND MEDICAL CENTERS, NADINE LAMOND, M.D., LINDSEY REYNA, R.N., and CHERYL JAROSZ, R.N.

6. That on the basis of the written Physician's Report attached, the discussions between myself and the consulting physician, and my professional legal opinion, there is a reasonable and meritorious cause for filing this Complaint.

FURTHER AFFIANT SAYETH NAUGHT.

Respectfully submitted,

David E. Schwartz

SUBSCRIBED AND SWORN to before me on this 26th day of August, 2013

NOTARY PUBLIC

"OFFICIAL SEAL"
NIDIA CARDENAS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-05-2014

KRALOVEC, JAMBOIS & SCHWARTZ
60 W. Randolph Street, 4th Floor
Chicago, IL 60601
(312) 782-2525
ARDC: 6185996

2